IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO. 4:16-CV-00214-D

| | |
|---|---|
| JOHNNIE IVEY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **MOTION TO STAY DISCOVERY** |
| ) | |
| PITT COUNTY BOARD OF EDUCATION, ) | |
| MONICA JACOBSON, PAUL BRINEY, ) | |
| ERICA COOKE, KISHLYN JONES, ) | |
| DR. ETHAN LENKER, and GLEN BUCK, ) | |
| ) | |
| Defendants. ) | |

Upon consideration of Defendants' Motion to Stay Discovery and accompanying Memorandum of Law, and for good cause shown,

Defendants' motion is hereby GRANTED; and it is further

ORDERED that all discovery in this civil action, including the deadlines and requirements for conference activities, initial disclosures, and for submission of the parties' joint status report and proposed plan for discovery, as mandated by Rules 26(f) and 26(a), and any and all discovery requirements be STAYED until such time as this Court resolves Defendants' pending Motion to Dismiss.

SO ORDERED. This **28** day of December 2016.

_James Dever_
JAMES C. DEVER III
Chief United States District Judge