IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-214-D

| | | |
|---|---|---|
| JOHNNIE IVEY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PITT COUNTY BOARD OF EDUCATION, | ) | |
| MONICA JACOBSON, PAUL BRINEY, | ) | |
| ERICA COOKE, KISHLYN JONES, | ) | |
| DR. ETAHN LENKER, and GLEN BUCK, | ) | |
| | ) | |
| Defendants. | ) | |

On December 6, 2016, defendants filed a motion to stay discovery pending the court's ruling on their motion to dismiss. On December 8, 2016, plaintiff responded in opposition to the motion to stay [D.E. 27]. On December 15, 2016, plaintiff filed a motion to not stay discovery [D.E. 28]. On December 28, 2016, the court granted defendants' motion to stay discovery [D.E. 29]. Plaintiff's motion to not stay discovery [D.E. 28] lacks merit and is DENIED.

SO ORDERED. This __4__ day of January 2017.

JAMES C. DEVER III
Chief United States District Judge