UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOHNNIE IVEY JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> PITT COUNTY BOARD OF ) <br> EDUCATION, MONICA JACOBSON, ) <br> PAUL BRINEY, ERICA COOKE, ) <br> KISHLYN JONES, DR. ETHAN ) <br> LENKER, and GLEN BUCK, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:16-CV-214-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court lacks subject-matter jurisdiction over Johnson's Title VII race discrimination claims. Johnson's remaining claims fail to state a claim upon which relief can be granted. Thus, the court GRANTS defendants' motion to dismiss [D.E. 20] and DISMISSES the complaint without prejudice.

**This Judgment Filed and Entered on May 25, 2017, and Copies To:**

| | |
|---|---|
| Johnnie Ivey Johnson | (Sent to 1809 Norcott Circle, Apt. A, Greenville, NC 27834 via US Mail) |
| Daniel Clark | (via CM/ECF Notice of Electronic Filing) |

DATE:                                                      PETER A. MOORE, JR., CLERK

May 25, 2017                                      (By)  /s/ Nicole Briggeman

                                                                        Deputy Clerk